UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DARREN NEESE,

       Plaintiff,

v.                                                 Case No. 3:24-cv-171-MMH-LLL

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

       Defendant.

## O R D E R

**THIS CAUSE** is before the Court sua sponte. On December 29, 2023, the United States Judicial Panel on Multidistrict Litigation remanded this action to this Court. See Conditional Remand Order (Doc. 74; Remand Order). In the Remand Order, the Court directed the parties to designate the contents of the record to be remanded. This was not done. Notably, while this action was pending before the Panel on Multidistrict Litigation, the Honorable John A. Houston granted summary judgment in favor of Defendant. See Order Granting Defendant's Motion for Summary Judgment and Denying Defendant's Motion to Exclude as Moot (Doc. 68; Summary Judgment Order). Based on the Summary Judgment Order, this Court entered an Order on February 27, 2024, directing the parties to file a stipulation of dismissal or show cause by March

29, 2024, why the Court should not enter final judgment in favor of Defendant and close the file.  See Order (Doc. 75).  Neither party responded to the Order.  Accordingly, it is

**ORDERED**:

The Clerk of the Court is directed to enter judgment in favor of Defendant Portfolio Recovery Associates, LLC and against Plaintiff Darren Neese and to close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of April, 2024.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record